IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| INTERMETRO INDUSTRIES CORP., | : |
| Plaintiff, | : |
| v. | : 3:13-CV-02854 |
| | : (JUDGE MARIANI) |
| ENOVATE MEDICAL, LLC, | : |
| Defendant. | : |

## ORDER

**AND NOW, THIS 7th DAY OF MARCH, 2017,** upon consideration of Defendant Enovate Medical's Motion to Stay Case (Doc. 159), **IT IS HEREBY ORDERED THAT** the Motion is **DENIED**.

Robert D. Mariani
United States District Judge