## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
## SCRANTON DIVISION

| | | |
|---|---|---|
| INTERMETRO INDUSTRIES CORPORATION, a Delaware corporation, | ) ) ) | |
| Plaintiff, | ) | Civil Action Group: 3:13-cv-02854-RDM |
| | ) | |
| v. | ) | (Judge Robert D. Mariani) |
| ENOVATE MEDICAL, LLC, a Delaware limited liability company | ) ) | |
| Defendant. | ) ) ) | |

## ORDER GRANTING STIPULATION
## OF DISMISSAL WITH PREJUDICE

Pursuant to stipulation of Plaintiff InterMetro Industries Corporation ("InterMetro") and Defendant Enovate Medical, LLC ("Enovate") filed July 6, 2018;

IT IS HEREBY ORDERED that all claims and counterclaims brought in this case are dismissed with prejudice, and the case is dismissed in its entirety. Each party shall bear its own fees and costs.

Dated this 6th day of July, 2018.

_____
Hon. Robert D. Mariani, District Judge